UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

RONNIE MELVIN FLOWERS,

       Plaintiff,

v.

COUNTY OF CASS et al.,

       Defendants.
_____/

Case No. 1:21-cv-320

Honorable Paul L. Maloney

**JUDGMENT**

In accordance with the order issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for lack of prosecution and failure to comply with the Court's order.

Dated:  October 14, 2021
                                                                        /s/ Paul L. Maloney
                                                                        Paul L. Maloney
                                                                        United States District Judge